UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

YU HIN CHAN,

Plaintiff,

-against-

ZOHRAN MAMDANI et al.,

Defendants.

------------------------------------x

**MEMORANDUM & ORDER**
26-CV-5145 (EK)(VMS)

ERIC KOMITEE, United States District Judge:

Yu Hin Chan and Feifei Gu filed this action in the Southern District of New York. The case was transferred to this District. ECF No. 5. In August, this court terminated Feifei Gu from the docket, citing the filing injunction previously entered against her. *See* Mem. & Order, No. 25-MC-1503, ECF No. 2. Chan moves to proceed *in forma pauperis*. For the reasons set forth below, that motion is denied.

Under 28 U.S.C. § 1914, the filing fee to commence a civil action is $350, with an additional administrative fee of $55, for a total of $405. Under 28 U.S.C. § 1915, the Court may waive the filing fee upon finding a plaintiff indigent. Chan wrote that he "cannot disclose" his gross monthly pay and savings. ECF No. 2. Based on the lack of information, the Court is unable to find that he is entitled to proceed *in forma pauperis*.

Should Chan wish to proceed with this action, he must either (1) pay the requisite filing fee to the Clerk of Court, or (2) submit a valid long-form *in forma pauperis* application. If Chan fails to do either within fourteen days, this action will be dismissed.

This is not Chan's first time filing a frivolous document before this Court. In October 2024, he and Gu filed a meritless complaint. *See* Compl., No. 24-CV-7933, ECF No. 1. Shortly afterward, they filed a notice of voluntary dismissal. *See* Notice, No. 24-CV-7933, ECF No. 12. "The district courts have the power and the obligation to protect the public and the efficient administration of justice from individuals who have a history of litigation entailing vexation, harassment, and needless expense to other parties and an unnecessary burden on the courts and their supporting personnel." *Lau v. Meddaugh*, 229 F.3d 121, 123 (2d Cir. 2000). Chan is warned that the future filing of repetitive, vexatious, and frivolous litigation may result in the imposition of an injunction prohibiting him from making future filings seeking *in forma pauperis* status without leave of the Court. *See Hong Mai Sa v. Doe*, 406 F.3d 155, 158 (2d Cir. 2005).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good

faith, and therefore denies *in forma pauperis* status for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is respectfully directed to mail a copy of this order to plaintiff and to note the mailing on the docket.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: November 18, 2027
Brooklyn, New York